# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SAMMIE MCCASTLE                                                                  PLAINTIFF

V.                                        4:08CV04158-WRW

FIRST CAPITAL MANAGEMENT GROUP                                     DEFENDANT

## JUDGMENT

Based on the Order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

Plaintiff is directed to pay Defendant $500 for attorneys' fees.

IT IS SO ORDERED this 4th day of March, 2010.

                                                      /s/ Wm. R. Wilson, Jr._____
                                                      UNITED STATES DISTRICT JUDGE