# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAMMIE MCCASTLE**                                              **PLAINTIFF**

**V.**                    **4:08CV04158-WRW**

**FIRST CAPITAL MANAGEMENT GROUP**                    **DEFENDANT**

## ORDER

Plaintiff's Motion for Reconsideration (Doc. No. 56) is DENIED.

IT IS SO ORDERED this 12th day of April, 2010.

                                             /s/Wm. R. Wilson, Jr.
                               UNITED STATES DISTRICT JUDGE